UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Proven Industries, Inc.,

**Plaintiff**

v.

Altor Locks, LLC,

Karen Schaufeld, and,

Dylan Cato,

**Defendants**.

Case No.:  1:22-cv-01342-TSE

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Proven Industries, Inc., and Defendants Altor Locks, LLC, Karen Schaufeld, and Dylan Cato (collectively "Parties") have agreed to resolve their disputes that are the subject of this litigation through settlement.  Based on the foregoing, the Parties, by their respective counsel, stipulate to the withdrawal of Defendants' Combined Motion to Dismiss (ECF No. 9) and, further, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this action, with each party bearing its own attorneys' fees, costs and expenses.

DATED: January 11, 2023

Respectfully submitted,

 /s/ Anthony Tacconi

_____

Anthony Tacconi, Esq. (VA Bar. No. 47459)
Goodman Allen Donnelly, PLLC
4050 Innslake Drive, Suite 200
Glen Allen, Virginia 23060
804.346.0600 (tel)
804.346.5954 (fax)
atacconi@goodmanallen.com

1

2

/s/ Mark J. Young

_____

Mark J. Young
Fla. Bar No. 0078158
MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Tel.: 904-996-8099df
myoung@myoungpa.com

**Attorneys for Proven Industries, Inc.**

/s/ Lance G. Johnson

_____

Lance G. Johnson, VA Bar #27,929
Johnson Legal PLLC
12545 White Drive
Fairfax, Virginia 22030
Tel: 202-445-2000
Fax: 888-492-1303
Lance@lgjlegal.com
**Attorney for Defendants Karen Schaufeld, Dylan Cato, and Altor Locks, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record. An additional copy of the foregoing was sent by electronic mail to the following individual(s) at the email address listed below:

Lance G. Johnson
Johnson Legal PLLC
12545 White Drive
Fairfax, Virginia 22030
lance@lgjlegal.com

/s/Anthony Tacconi
Anthony Tacconi
Va Bar No. 47459