## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

Proven Industries, Inc.,

Plaintiff,

v.                                              Case No.:  1:22-cv-01342-TSE

Altor Locks, LLC,

Karen Schaufeld, and,

Dylan Cato,

Defendants.

---

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Having considered the parties' Joint Stipulation of Dismissal With Prejudice, the Court hereby ORDERS that all Claims asserted by Plaintiff, Proven Industries, Inc. are hereby DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs, and, FURTHER ORDERS that Defendants' pending Combined Motion to Dismiss [ECF No. 9] is deemed withdrawn.

ENTERED THIS _____ _11th_ _____ DAY of January 2023.

_____

The Honorable T. S. Ellis, III

United States District Judge

1